McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:17-MC-00163-WBS-KJN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $9,960.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimant Brookelyn Nigro ("claimant"), by and through their respective counsel, as follows:

1. On or about August 2, 2017, claimant filed a claim in the administrative forfeiture proceeding with the U.S. Postal Inspection Service with respect to the Approximately $9,960.00 in U.S. Currency (hereafter "defendant currency"), which was seized on May 16, 2017.

2. The U.S. Postal Inspection Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative

1
Stipulation and Order to Extend Time

1  forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the
2  parties. That deadline was October 31, 2017.

3      4.    By Stipulation and Order filed October 31, 2017, the parties stipulated to extend to
4  December 29, 2017, the time in which the United States is required to file a civil complaint for forfeiture
5  against the defendant currency and/or to obtain an indictment alleging that the defendant currency is
6  subject to forfeiture.

7      5.    By Stipulation and Order filed December 29, 2017, the parties stipulated to extend to
8  January 29, 2018, the time in which the United States is required to file a civil complaint for forfeiture
9  against the defendant currency and/or to obtain an indictment alleging that the defendant currency is
10 subject to forfeiture.

11     6.    By Stipulation and Order filed January 22, 2018, the parties stipulated to extend to
12 February 28, 2018, the time in which the United States is required to file a civil complaint for forfeiture
13 against the defendant currency and/or to obtain an indictment alleging that the defendant currency is
14 subject to forfeiture.

15     7.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend
16 to March 30, 2018, the time in which the United States is required to file a civil complaint for forfeiture
17 against the defendant currency and/or to obtain an indictment alleging that the defendant currency is
18 subject to forfeiture.

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

8. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to March 30, 2018.

Dated: 2/27/18
McGREGOR W. SCOTT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 2/27/18
/s/ Jennifer Granger
JENNIFER GRANGER
Attorney for potential claimant
Brookelyn Nigro

(Signature authorized by phone)

**IT IS SO ORDERED**.

Dated: February 28, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE